■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BONNIE PIPPINS, Appellant. [648 NYS2d 314] —Appeal by the de-

fendant from a judgment of the Supreme Court, Kings County (Miller, J.), rendered January 14, 1994, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. O'Brien, J. P., Copertino, Pizzuto and Hart, JJ., concur.